GOLDEN STATE FRUIT DISTRIBUTORS, INC., Respondent, v. TONY SHAMBRO, Trading, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [133 Misc. 561.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL HARRIS Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MASONI, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY L. DENVER LINDLEY, as Executrix, etc., of CHARLES N. LINDLEY, Deceased, Respondent, v. GEORGE B. HAYES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALICE KIGGINS, Respondent, v. JOSEPH A. BURGUN, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEROME BAUMAN, Respondent, v. BRINCKERHOFF H. MacCULLY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JOSEPH T. LEE, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [132 Misc. 570.]

ALINE TRUSHELL, Respondent, v. EQUITABLE COACH Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell Finch, McAvoy and Proskauer, JJ.

DAVID KERMAN, Respondent, v. WALTER ROMLEIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

## SECOND DEPARTMENT, MARCH, 1929.

ERIC BOSTON and JESSE L. ROSENBERG, Appellants, v. LAMPORT & HOLT, LTD., and ISADOR LEIFER, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SAMUEL GORDON, Also Known as JOHN GORDON, Appellant, v. HENNIE HAMLIN GORDON, Respondent.— Order of January 18, 1929, resettled by substituting, in the first conclusion of law, the word " annulling " for the word " dissolving." Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

In the Matter of the Application of RUBIN CHYAT for Admission to the Bar.— Application for admission to the bar denied. Report of the committee on character and fitness approved. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.